BUN McGEE v. STATE.

No. A-2028. Opinion Filed December 19, 1914.

Appeal from District Court, Bryan County;

Jesse M. Hatchett, Judge.

Bun McGee was convicted of assault and battery, and appeals. Affirmed.

McPherren and Cochran, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Bun McGee, was convicted at the December, 1912, term of the district court of Bryan county on a charge of assault with intent to kill, and his punishment fixed at a fine of one hundred dollars and imprisonment in the county jail for a period of thirty days.

A careful examination of the record discloses no error prejudicial to the substantial rights of the plaintiff in error. The judgment of the trial court is, therefore, affirmed.